# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151909

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAROLD STEVEN VARNER,
      Defendant-Appellant.

SC: 151909
COA: 325804
Wayne CC: 02-000893-FC

_____/

      On order of the Court, the application for leave to appeal the May 27, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

a0919